■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. STANLEY J. BAUER, Respondent.—

Present — Del Vecchio, J. P., Marsh, Gabrielli, Moule and Henry, JJ.